DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PAUL G. MEAD,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-2262

[October 10, 2019]

Appeal of order denying rule 3.800(a) motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Sherwood Bauer, Judge; L.T. Case No. 432006CF001665.

Paul G. Mead, Daytona Beach, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. See Harris v. State*, 184 So. 3d 550 (Fla. 3d DCA 2015).

WARNER, GERBER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***